In Re:

KEVIN D. CHANEY & COMPANY, INC.     Case No.26-40451

                                           Chapter 11

           Debtor.                    Hon. Thomas J. Tucker

_____/

## STATUS REPORT

NOW COMES Debtor, through counsel, and states:

1.    Debtor's 341 meeting has been held.

2.    Debtor's initial debtor interview has been held with the Office of the United States Trustee.

3.    Debtor's status conference with the Court has been set for 3.18.2026 at 11:00 a.m.

4.    Debtor's assets are insured, and Debtor has set up a DIP bank account.

5.    The current deadline for Debtor to file a chapter 11 plan is 4.20.2026.

6.    Debtor is in communication with the Subchapter V Trustee and the SBA, which is secured and a guarantor of Celtic Bank, as to what terms they will require/request in a chapter 11 plan.  Debtor is in the process

of drafting its chapter 11 plan for filing.  The Court has entered a final order

for the use of cash collateral, and Debtor is continuing to operate.  .

Respectfully submitted,
__/s/ Robert Bassel _____
ROBERT N. BASSEL (P48420)
Counsel for Debtor
P.O. Box T
Clinton, MI 49236
(248) 677-1234
bbassel@gmail.com

DATED: 3.4.2026