# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:

KEVIN D. CHANEY & COMPANY, INC.              Case No.26-40451
                                             Chapter 11
           Debtor.                           Hon. Thomas J. Tucker

_____/

## SMALL BUSINESS DEBTOR'S SUBCHAPTER V PLAN OF REORGANIZATION

You are encouraged to carefully review the full text of this document, including all exhibits and attachments, before deciding how to vote on the Plan. To assist you in your review, please note that a list of definitions appears at the end of this document.

**IN ADDITION TO CASTING YOUR VOTE TO ACCEPT OR REJECT THE PLAN, YOU MAY OBJECT TO CONFIRMATION OF THE PLAN. IF YOU WISH TO OBJECT TO CONFIRMATION OF THE PLAN, YOU MUST DO SO BY MAY 21, 2026.**

**YOUR BALLOT STATING HOW YOU ARE VOTING ON THE PLAN MUST BE RETURNED BY MAY 21, 2026. THE BALLOT MAY BE EMAILED TO BBASSEL@GMAIL.COM OR MAILED TO THE FOLLOWING ADDRESS: ROBERT N. BASSEL, PO BOX T, CLINTON, MI 49236**

**A HEARING ON THE CONFIRMATION OF THE PLAN IS SCHEDULED FOR JUNE 3, 2026 AT 11:00 AM AT COURTROOM 1925, 211 W. FORT ST. AT THE U.S. BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN, 211 W. FORT STREET, DETROIT, MI 48226. YOUR RIGHTS MAY BE AFFECTED BY THIS PLAN. YOU SHOULD CONSIDER DISCUSSING THIS DOCUMENT WITH AN ATTORNEY.**

# ARTICLE 1

## HISTORY OF THE BUSINESS OPERATIONS OF THE DEBTOR

### 1.1.  Nature of the Debtor's Business.

Kevin D. Chaney & Company, Inc. ("Debtor") is a Michigan corporation operating as a manufacturer's representative in the wine and spirits industry. The Debtor acts as an independent sales agent, earning commissions by representing wine and spirits suppliers and placing their products with wholesalers, retailers, and licensed establishments throughout the region. The Debtor's principal place of business is 800 N. Milford Road, Suite 700, Milford, Michigan 48381. Michael S. Ogurek is the President and 80% equity owner of the Debtor. The Debtor employs Mr. Ogurek and utilizes independent outside sales representatives who are compensated on a commission basis.

### 1.1.1. Debtor's Principal

Mr. Ogurek was graduated from The University of Detroit and has a Bachelor of Business Administration.  His compensation for the year prior to bankruptcy was less than $20,500.  Post-Bankruptcy, his compensation has been $12,000.  His projected compensation post-confirmation is set forth in the projections at $5,000 per month initially, which will then gradually increase over the 5 year plan, ending at $9,000 per month, which are at the low-end for an owner of a business similar to the Debtor's and with Mr. Ogurek's experience.  Mr. Ogurek has voluntarily waived a significant portion of his salary during the Chapter 11 preconfirmation process.

Mr. Ogurek, 56 years old,  has had  36 years of experience in the industry, was trained within E & J Gallo Wineries "Sales Management Development Program", and has  experience at all levels of the industry in the USA Three Tier System.   Mr. Ogurek has called on numerous multi-million dollar buying desks in National Account Corporate Chains from Costco Wholesale, Walmart, Sams Club, Meijer and all the rest. He has represented many multimillion-dollar supplier brands such as E & J Gallo, Freixenet USA, the Franzia Group, Castello Banfi & Schmitt Sohne all Industry leaders in the wine category.

Mr. Ogurek is a guarantor for various obligations of Debtor, or is potentially co-liable as a matter of statute (State of Ohio tax claim), as indicated below.

### 1.2. Filing of the Debtor's Chapter 11 Case.

The Debtor filed its voluntary petition for relief under Chapter 11, Subchapter V on January 18, 2026 (the "Petition Date") in the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division, Case No. 26-40451, before the Honorable Thomas J. Tucker. Subchapter V Trustee Kimberly Ross Clayson was appointed.

The Debtor filed for bankruptcy relief primarily to reorganize its obligations following a significant revenue decline. Gross revenues fell from approximately $505,072 in calendar year 2024 to approximately $190,299 in calendar year 2025, attributable to disruptions in key client and supplier relationships, personnel changes, and market conditions in the wine and spirits distribution sector. The Debtor has stabilized operations and secured renewed and new supplier relationships sufficient to support the projections underlying this Plan.

### 1.3. Legal Structure and Ownership.

The Debtor is a Michigan corporation. Eighty percent of the equity  is owned by Michael S. Ogurek, who serves as President and is the sole director, and shareholder. There are no other equity interest holders other than Susan Hayes 10% and JT Harp 10%.

### 1.4. Debtor's Assets.

As of the Petition Date, the Debtor's assets (detailed on the Schedules and summarized on the Liquidation Analysis, Exhibit A) consist of:
- Cash (Fifth Third Bank): $538
- Accounts Receivable (credit card / commissions): $11,500
- Landlord Security Deposit: $3,000
- Office Furniture & Fixtures (desks, tables, chairs): $6,000
- Office Equipment (computers, copier/printer): $500
- Art Prints & Collectibles: $1,000
- TOTAL ASSETS: $22,538

### 1.5. Debtor's Liabilities.

**Secured Claims:**

As reflected on the claims register, the United States Small Business Administration filed Claim No. 1 on January 30, 2026 in the amount of $55,015.40. The SBA's asserted secured status lapsed and is not effective, and is treated as a fully unsecured claim. The Debtor's schedules reflect Celtic

Bank, N.A. as holding a first priority secured claim in the amount of approximately $129,951 as of the Petition Date.

**Administrative Professional Fees (Estimated):**
- Subchapter V Trustee (Kimberly Ross Clayson): $5,000 (estimated)
- Debtor's Counsel (Robert N. Bassel, P48420): $8,000 (estimated)

**Priority Unsecured Claims:**

As of April 19, 2026, no priority tax proof of claim has been filed. The Debtor schedules the State of Ohio Department of Taxation with a priority unsecured tax claim of $5,544.96 and has modeled payment of that claim under 11 U.S.C. § 507(a)(8).

**General Unsecured Claims:**
- Uline (Claim No. 2): $274.97
- First Financial Bank: $82,979.67 (scheduled; disputed; no proof of claim filed as of April 19, 2026; collection action pending in Oakland Circuit Court, Case No. 2025-217385-CK)
- JPMorgan Chase Bank, N.A. (Claim No. 4): $52,869.21
- David Nowak (Claim No. 3): $20,000.00 (scheduled as disputed but Debtor does not object to allowance of this claim at this time.)
- Heritage Milford LLC: $15,000.00 (scheduled landlord claim; no proof of claim filed as of April 19, 2026)
- Paul Gardner: $2,000.00 (scheduled; disputed; no proof of claim filed as of April 19, 2026)

In addition, pursuant to 11 U.S.C. § 506(a), the scheduled Celtic Bank claim is bifurcated: the secured portion ($22,538) is treated as Class 1; the deficiency of approximately $107,413 is treated as a Class 3 general unsecured claim. Based on the filed claims register for creditors that have filed claims and the Debtor's schedules for creditors that have not yet filed claims, the current estimated Class 3 pool is approximately $335,552.25, subject to amendment, objection, and allowance.

*As of April 19, 2026, the claims register reflects four filed claims totaling $128,159.58. The Debtor contends that any secured status asserted by SBA Claim No. 1 lapsed and is ineffective, and the Debtor treats the scheduled Celtic Bank secured claim as the only secured claim for plan

purposes. The non-governmental claims bar date is May 19, 2026 and the governmental claims bar date is August 17, 2026. The Debtor reserves all rights to object to any and all claims and does not stipulate to their allowance.

### 1.5.1. Guaranteed Claims and Michael Ogurek

Mr. Ogurek appears to be a guarantor or potentially also liable on the following obligations, First Financial, SBA, Celtic Bank, Heritage Milford LLC, Nowak, Gardner, and State of Ohio.  Mr. Ogurek is also a chapter 7 Debtor, Case No. 26-43425, filed March 27, 2026.

### 1.6.  Significant Events During the Bankruptcy Case.

- Subchapter V Trustee Appointment: Kimberly Ross Clayson appointed.
- Cash Collateral Motion: Interim order entered authorizing use of cash collateral, with adequate protection in the form of replacement liens on postpetition assets in favor of Celtic Bank.  The Interim Order became a Final Order due to a lack of objections being filed.
- Employment of Professionals: Robert N. Bassel retained as Debtor's counsel.
- State Court Litigation: First Financial Bank v. Debtor, Oakland Circuit Court Case No. 2025-217385-CK (collection action; stayed by automatic stay).

### 1.7.  Projected Recovery of Avoidable Transfers.

The Debtor has conducted a preliminary investigation of prepetition transactions. Because the Debtor operated in the ordinary course of business until immediately before the Petition Date, creditors that received prepetition payments have strong ordinary course defenses under 11 U.S.C. § 547(c)(2). The SBRA's amendment to 28 U.S.C. § 1409(b) significantly increases the cost of pursuing small avoidance claims. The Debtor is not aware of any material avoidable transfers, and does not plan on pursuing any potential actions (and is not aware of the existence of any).

### 1.8.  Postpetition Transfers

There have been no postpetition transfers outside the ordinary course of business.

## 1.9 Cash Collateral

Debtor filed a motion for the use of cash collateral, which was granted as an interim Order, which became a final Order when no objections were filed to the interim Order becoming a final Order. The cash collateral Order provided replacement liens for Debtor's secured creditors. Debtor believes that the only properly secured creditor is Celtic Bank, which is guaranteed by the SBA.

# ARTICLE 2

## THE PLAN

The Debtor's Plan describes how its Creditors will be paid. Certain Claims are automatically entitled to specific treatment under the Bankruptcy Code and are not placed in a class for voting purposes. Administrative Expenses and Priority Tax Claims are not classified. Claims and Equity Interests are placed in classes as set forth below; each class is either impaired or unimpaired. If the Plan is confirmed, each Creditor's recovery is limited to the amount provided in the Plan.

## 2.1.   Unclassified Claims.

## A. Administrative Expenses

All Allowed Administrative Expenses must be paid in full. Administrative Expenses include: (1) ordinary course post-petition trade debt paid on an ongoing basis; (2) goods received within 20 days before the Petition Date; and (3) allowed professional fees and expenses. In this case:

- Subchapter V Trustee Fees (estimated): $5,000
- Debtor's Counsel Fees (estimated): $8,000
- TOTAL ESTIMATED ADMIN PROFESSIONAL FEES: $13,000

Debtor shall pay all allowed Administrative Expenses in cash, in full, within the 60-month Plan term. The Subchapter V Trustee's fees shall be paid prior to the Debtor's counsel fees and all other payments to creditors.

## B. Priority Tax Claims

As of April 19, 2026, no priority tax proof of claim has been filed. The Debtor nevertheless schedules a priority tax claim in favor of the State of Ohio Department of Taxation in the amount of $5,544.96 and has modeled payment of that amount in full over 60 months (payments will be for the last 50 months of the 60 month term).  Debtor reserves the ability to object to all claims, including this one.

| Group | Creditor(s) | Claim Amount | Monthly Payment | Status / Recovery |
|---|---|---|---|---|
| **Priority Tax** | Priority Tax Creditors (scheduled Ohio claim; none filed as of 4/19/26) | $5,544.96 (scheduled) | $110.90/month × 50 months | Paid in full |

## 2.2. Classification and Treatment of Claims and Equity Interests.

The following table summarizes the classification and treatment under this Plan:

| Class | Creditor(s) | Claim Amount | Monthly Payment | Status / Recovery |
|---|---|---|---|---|
| 1 | Celtic Bank, N.A. (Allowed Secured Portion under Section 506(a)) | $22,538 | $500.28/month × 50 months at 5% per annum | Impaired – Paid in full with interest over 50 months |
| 2 | omitted | | | |
| 3 | All General Unsecured Creditors (incl. Celtic Bank deficiency of ~$107,413) | $335,552.25 | No distribution under Plan | Impaired – 0% recovery (same as Ch. 7) |
| 4 | Equity Interest Holders | N/A | No distribution during plan term | Unimpaired – Retains equity upon plan completion |

## CLASS 1 – Celtic Bank, N.A. Secured Claim [Impaired]

The Debtor's schedules reflect Celtic Bank, N.A. as holding a secured claim of approximately $129,951 as of the Petition Date. Any secured status asserted by SBA Claim No. 1 lapsed and is not effective. Pursuant to 11 U.S.C. § 506(a), and based on the Debtor's collateral value of $22,538, the scheduled Celtic Bank claim is bifurcated: the allowed secured claim equals $22,538 and the remaining deficiency of approximately $107,413 is treated as a Class 3 general unsecured claim.

Class 1 Treatment: Celtic Bank, N.A. shall retain its lien on all prepetition and postpetition assets of the same type up to the amount of its allowed secured claim. Commencing on the first day of the first full calendar month following the Effective Date, the Debtor shall pay Celtic Bank fifty monthly installments of $500.28 during the 60 month term of the Plan, representing

amortization of the $22,538 allowed secured claim at five percent (5.0%) per annum interest over the 50 months. Upon completion of all Class 1 payments, the Celtic Bank lien (to the extent of the allowed secured claim) shall be released and discharged. The value of the collateral securing the Celtic Bank secured claim is $22,538 for purposes of the Plan.

**Group Priority Tax Claims [non voting group]**

As of April 19, 2026, no proof of claim has been filed by the State of Ohio Department of Taxation or any other priority tax creditor. The Debtor nevertheless scheduled a priority unsecured tax claim in favor of the State of Ohio Department of Taxation in the amount of $5,544.96. That claim shall be paid in full over 50 months in monthly installments of $110.90 during the 60 month term of the Plan, absent an objection that leads to disallowance..

**CLASS 2 - OMITTED**

**CLASS 3 – General Unsecured Claims [Impaired]**

Class 3 consists of all general unsecured claims, including: (i) Uline Claim No. 2 in the amount of $274.97; (ii) JPMorgan Chase Bank, N.A. Claim No. 4 in the amount of $52,869.21; (iii) David Nowak Claim No. 3 in the amount of $20,000.00; (iv) Paul Gardner's scheduled claim of $2,000.00; (v) First Financial Bank's scheduled claim of $82,979.67; (vi) SBA claim for $55,015.40, and (vii) Celtic Bank's projected unsecured deficiency claim of approximately $107,413. The current estimated Class 3 claims pool is approximately $335,552.25.

Class 3 Treatment: Class 3 shall receive no distribution under the Plan. No dividend is projected for general unsecured creditors during the 60-month Plan term.

Because Class 3 is projected to receive no distribution under the Plan, the estimated recovery to general unsecured creditors is 0%. This matches the projected 0% recovery that general unsecured creditors would receive in a Chapter 7 liquidation under the Liquidation Analysis attached as Exhibit A.

In a Chapter 7 liquidation, the forced sale value of all assets ($10,788) would be entirely consumed by Celtic Bank's secured claim, resulting in zero recovery for Class 3 creditors. The Plan therefore provides Class 3 with no less than they would receive in a Chapter 7 liquidation.

Disputed Claims: The Debtor reserves the right to object to any claims of any claimants. Distributions on disputed claims shall be held in reserve pending resolution and distributed upon entry of a final order allowing such claims in any amount.

## CLASS 4 – Equity Interest Holders [Unimpaired]

Michael S. Ogurek 80%, Susan Hayes 10% and JT Harp 10%, equity holders of the Debtor, shall retain their equity interests in the Reorganized Debtor in the same manner, nature, and extent as prior to the Petition Date. No distributions shall be made to Class 4 during the Plan term. Upon completion of all plan payments over the 60-month Plan term, the Reorganized Debtor shall be free to resume normal distributions to its equity holders.

### 2.3. Claims Objections.

As of April 19, 2026, the claims register reflects four filed proofs of claim. The Debtor may object to any Claim within 60 days of the later of (i) the Effective Date or (ii) the date of filing of the relevant proof of claim to the extent timely, by filing an objection with the Bankruptcy Court. Disputed Claims shall be treated as such under the Plan and paid upon final allowance. The Debtor has not yet objected to any claims in this case.

### 2.4. Treatment of Executory Contracts and Unexpired Leases.

The Debtor shall assume its rights under the office space lease with Heritage Milford LLC at 800 N. Milford Road, Suite 700, Milford, Michigan, at $2,000 per month, as reflected in the Plan budget. Any allowed cure amount for prepetition lease arrearages shall be paid during the plan term on a pro-rated monthly basis. The Debtor shall assume all other executory contracts and unexpired leases unless specifically rejected by motion filed prior to confirmation.

### 2.5. Means for Implementation of the Plan.

The Debtor's plan payments are funded entirely from cash flow generated by its ongoing manufacturer's representative operations. The projections attached as Exhibit B demonstrate the Debtor's ability to generate revenues sufficient for plan payments. Debtor assumes modest revenue growth, consistent with the retention of new clients and a consolidation of the manufacturer's representatives for adult beverages, leading to the ability to retain new clients due to less representatives still being in the industry. It is also contemplated that the demand for adult beverages will increase, as demand is typically cyclical. Michael S. Ogurek shall continue to serve as President of the Reorganized Debtor and shall manage all business operations on and after the Effective Date. Note that

the business is highly cyclical and the debtor maintains sufficient cash reserves to bridge expected negative-cash-flow months.  Moreover, Debtor can adjust various expenditures as needed to allow the Debtor to cash flow and make plan payments (e.g. deferring salary).

## 2.6.    Payments and Default Provisions.

Except as otherwise provided, the Debtor shall make all required Plan payments commencing on the first day of the first full calendar month following the Effective Date and shall make such payments directly to the respective claimants. In the event of a payment default, the affected party shall serve written notice of default upon Debtor and Debtor's counsel by email to bbassel@gmail.com. If the default is not contested in writing or cured within ten (10) days of receipt of such notice, the creditor, upon filing an Affidavit of Default, shall be entitled to pursue all available remedies under the Bankruptcy Code. The Bankruptcy Court shall retain jurisdiction to resolve any disputes concerning defaults under the Plan.  There shall be no prepayment penalty.

## 2.7.    Post-Confirmation Management.

The Post-Confirmation Officers of the Reorganized Debtor shall be:
- Michael S. Ogurek, President

## 2.8.    Tax Consequences of the Plan.

Creditors and equity interest holders concerned with how the Plan may affect their tax liability should consult with their own accountants, attorneys, and/or advisors. The Debtor does not anticipate material adverse tax consequences from confirmation of this Plan.

## 2.9.    Projections in Support of Debtor's Ability to Make Payments.

The Debtor has prepared projected financial information demonstrating its ability to make all payments required under this Plan. The projections are attached as Exhibit B.

# ARTICLE 3

## FEASIBILITY OF PLAN

### 3.1.  Ability to Initially Fund Plan.

The Debtor has been authorized to use cash collateral pursuant to the Court's interim order and has been operating pursuant to the approved budget. The Debtor believes it will have sufficient operating cash flow on the Effective Date to pay all claims and expenses entitled to be paid on that date.

### 3.2.  Ability to Make Future Plan Payments and Operate Without Further Reorganization.

As reflected in Exhibit B, the Debtor's updated 60-month projections demonstrate projected net operating income sufficient to make plan payments.

No distribution is projected for Class 3 general unsecured creditors, whose estimated recovery remains 0%, the same as in Chapter 7.

The projections in Exhibit B represent the Debtor's reasonable best estimate of future performance. You should consult with your attorney, accountant, or other financial advisor if you have any questions pertaining to these projections.

# ARTICLE 4

## LIQUIDATION ANALYSIS

Generally, to confirm the Plan, the Bankruptcy Court must find that all Creditors and Equity Interest holders who do not accept the Plan will receive at least as much under the Plan as they would receive in a Chapter 7 liquidation. The Liquidation Analysis is set forth below as Exhibit A.

# ARTICLE 5

## DISCHARGE

### 5.1. Discharge.

If the Plan is confirmed under § 1191(a) (consensual): On the Confirmation Date, the Debtor will be discharged from any debt that arose before confirmation of this Plan, subject to the occurrence of the Effective Date, to the extent specified in § 1141(d) of the Bankruptcy Code.

If the Plan is confirmed under § 1191(b) (nonconsensual/cramdown): As soon as practicable after the Debtor completes all payments due under the Plan, the Court shall grant the Debtor a discharge of all debts provided in § 1141(d)(1)(A) and all other debts allowed under § 503 and provided for in this Plan, except any debt on which the last payment is due after the first 3 years of the plan (or such other time not to exceed 5 years fixed by the Court), and if applicable, any debt of the kind specified in § 523(a).

On and after the Confirmation Date, all Creditors and persons acting in concert with them are enjoined and restrained from levying, seizing, executing, or otherwise exercising control over or interfering with any asset of the Debtor in a manner inconsistent with the terms of this Plan. So long as the Debtor is making its plan payments to any particular claimant, that claimant may not pursue any recourse against any third party.

# ARTICLE 6

## GENERAL PROVISIONS

### 6.1. Title to Assets.

If confirmed under § 1191(a): Confirmation of the Plan vests all property of the estate in the Debtor, free and clear of all Claims and Equity Interests, except as otherwise provided in the Plan or confirmation order. If confirmed under § 1191(b): Property of the estate includes all property under § 541 that the Debtor acquires, as well as earnings from services performed by the Debtor, after the commencement of the case but before the case is closed, dismissed, or converted. The Debtor shall remain in possession of all property of the estate.

### 6.2. Binding Effect.

The provisions of the confirmed Plan will bind the Debtor and all Creditors, whether or not they accept the Plan. The rights and obligations of any entity named in this Plan will be binding upon and inure to the benefit of successors and assigns of such entity.

### 6.3. Severability.

If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

### 6.4. Retention of Jurisdiction by the Bankruptcy Court.

The Bankruptcy Court shall retain jurisdiction of this case with regard to: (i) implementation of the Plan and resolution of any disputes arising therefrom; (ii) any modification of the Plan under 11 U.S.C. § 1193; (iii) all applications for compensation and Administrative Expenses; (iv) all Claims objections and issues arising from assumption or rejection of executory contracts or unexpired leases; and (v) any cause of action in favor of the Debtor, including preference and fraudulent transfer causes of action.

### 6.5. Captions.

Headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

### 6.6. Modification of Plan.

The Debtor may modify the Plan at any time before confirmation pursuant to § 1193(a). If the Plan is confirmed under § 1191(b), the Debtor may seek to modify the Plan within 3 years of the Confirmation Date (or such longer time not to exceed 5 years as fixed by the Court) if the Bankruptcy Court authorizes the proposed modifications after notice and a hearing.

## 6.7.  Final Decree.

Once the estate has been fully administered as provided in Bankruptcy Rule 3022, the Debtor shall file a motion for a final decree to close the case. Alternatively, the Bankruptcy Court may enter such a final decree on its own motion.

## ARTICLE 7

## DEFINITIONS

The definitions and rules of construction set forth in §§ 101 and 102 of the Bankruptcy Code shall apply when terms defined or construed in the Code are used in this Plan. The following definitions are provided for convenience:

- Administrative Claimant: Any person entitled to payment of an Administrative Expense.
- Administrative Expense: Any cost or expense of administration entitled to priority under § 507(a)(2) and allowed under § 503(b), including allowed professional fees and expenses.
- Allowed Claim: Any claim as to which no objection has been filed or which has been allowed by Final Order.
- Allowed Secured Claim: A secured claim to the extent allowed under § 506 of the Bankruptcy Code.
- Bankruptcy Code or Code: Title 11 of the United States Code.
- Bankruptcy Court: The United States Bankruptcy Court for the Eastern District of Michigan.
- Case: This Chapter 11, Subchapter V case, Case No. 26-40451.
- Class: A category of holders of claims or interests which are substantially similar.
- Confirmation: Entry by the Bankruptcy Court of an order confirming this Plan.

- Confirmation Date: The date upon which the Bankruptcy Court enters the Confirmation Order.
- Creditor: Any person who has a Claim against the Debtor that arose on or before the Petition Date.
- Debtor and Debtor-in-Possession: Kevin D. Chaney & Company, Inc., Case No. 26-40451.
- Disputed Claim: Any claim that the Debtor has objected to, challenged, or otherwise disputed.
- Disposable Income: Income received by the Debtor that is not reasonably necessary to be expended for the payment of expenditures necessary for the continuation, preservation, or operation of the Debtor's business.
- Effective Date: Thirty (30) days after entry of the final non-appealable Confirmation Order.
- Equity Interest: The ownership interests in the Debtor.
- Final Order: An order of the Bankruptcy Court that has not been reversed, stayed, modified, or amended, and as to which the time for appeal has expired or any appeal has been dismissed.
- Petition Date: January 18, 2026.
- Plan: This Subchapter V Plan of Reorganization, as it may be altered, amended, or modified.
- Priority Tax Claim: Any Claim entitled to priority under § 507(a)(8) of the Bankruptcy Code.
- Reorganized Debtor: The Debtor on and after the Effective Date.
- Schedules: Schedules of Assets and Liabilities and Statement of Financial Affairs filed by the Debtor.
- Subchapter V Trustee or Trustee: Kimberly Ross Clayson, appointed under 11 U.S.C. § 1183(a).
- Unsecured Creditor: Any Creditor holding a Claim that is not a Secured Claim.

A.      *Voting procedures*

*Under the Bankruptcy Code, the only classes that are entitled to vote to accept or reject a plan are classes of claims, or equity interests, that are impaired under the plan.  Accordingly, classes of claims or interests that are not impaired are <u>not</u> entitled to vote on the plan.*

*Creditors that hold claims in more than one impaired class are entitled to vote separately in each class.  Such a creditor will receive a separate ballot for all of its claims in each class (in accordance with the records of the Clerk of the Court) and should complete and sign each ballot separately.  A creditor who asserts a claim in more than one class and who has not been provided with sufficient ballots may photocopy the ballot received and file multiple ballots.*

*Votes on the plan will be counted only with respect to claims:  (a) that are listed on the Debtor's Schedules of Assets and Liabilities <u>other</u> than as disputed, contingent or unliquidated; or (b) for which a proof of claim was filed on or before the bar date set by the Court for the filing of proofs of claim (except for certain claims expressly excluded from that bar date or which are allowed by Court order).  However, any vote by a holder of a claim will not be counted if such claim has been disallowed or is the subject of an unresolved objection, absent an order of the Court*

*allowing such claim for voting purposes pursuant to 11 U.S.C. § 502 and Bankruptcy Rule 3018.*

*Voting on the plan by each holder of a claim or interest in an impaired class is important. After carefully reviewing the plan and disclosure statement, each holder of such a claim or interest should vote on the enclosed ballot either to accept or to reject the plan, and then return the ballot by mail to the debtor's attorney by the deadline previously established by the Court.*

*Any ballot that does not appropriately indicate acceptance or rejection of the plan will not be counted.*

*A ballot that is not received by the deadline will not be counted.*

*If a ballot is damaged, lost, or missing, a replacement ballot may be obtained by sending a written request to the debtor's attorney.*

*B.      Acceptance*

*The Bankruptcy Code defines acceptance of a plan by an impaired class of claims as acceptance by the holders of at least two-thirds in dollar amount, and more than one-half in number, of the claims of that class which actually cast ballots. The Bankruptcy Code defines acceptance of a plan by an impaired class of equity interests as acceptance by holders of at least two-thirds in number of the equity interests of that class that actually cast ballots. If no creditor or interest holder in an impaired class votes, then that class has not accepted the plan.*

*C.      Confirmation*

*11 U.S.C. § 1129(a) establishes conditions for the confirmation of a plan. These conditions are too numerous and detailed to be fully explained here. Parties are encouraged to seek independent legal counsel to answer any questions concerning the Chapter 11 process.*

*Among the several conditions for confirmation of a plan under 11 U.S.C. § 1129(a) are these:*

1. *Each class of impaired creditors and interests must accept the plan, as described in paragraph VI.B., above.*
2. *Either each holder of a claim or interest in a class must accept the plan, or the plan must provide at least as much value as would be received upon liquidation under Chapter 7 of the Bankruptcy Code.*

*D.      Modification*

*The debtor reserves the right to modify or withdraw the plan at any time before confirmation.*

*E.      Effect of confirmation*

*If the plan is confirmed by the Court:*

1. *Its terms are binding on the debtor, all creditors, shareholders and other parties in interest, regardless of whether they have accepted the plan.*
2. *Except as provided in the plan and in 11 U.S.C. § 1141(d):*
   - (a) *In the case of a <u>corporation</u> that is reorganizing and continuing business:*
     - (1) *All claims and interests will be discharged.*
     - (2) *Creditors and shareholders will be prohibited from asserting their claims against or interests in the debtor or its assets.*
   - (b) *In the case of a <u>corporation</u> that is liquidating and not continuing its business:*
     - (1) *Claims and interests will not be discharged.*
     - (2) *Creditors and shareholders will not be prohibited from asserting their claims against or interests in the debtor or its assets.*
   - (c) *In the case of an individual or husband and wife:*
     - (1) *Claims will be discharged, except as provided in 11 U.S.C. §§ 523 and 1141(d). Unless the Court orders otherwise, the discharge will be entered only after completion of plan payments as provided in § 1141(d)(5)(a). It is the usual practice of the Court to close Chapter 11 cases after confirmation, then the individual debtor files a motion to reopen the case for entry of discharge upon completion of plan payments.*
     - (2) *Creditors will be prohibited from asserting their claims except as to those debts which are not discharged or dischargeable under 11 U.S.C. §§ 523 and 1141(d).*

*See Part II-A of this Disclosure Statement to determine which of the above paragraphs applies in this case.*

Dated: April 20, 2026

<u>/s/ Michael S. Ogurek</u>
on behalf of Kevin D. Chaney & Company, Inc.
Debtor in Possession

Respectfully submitted,
<u>/s/ Robert N. Bassel</u>
**ROBERT N. BASSEL (P48420)**
Attorneys for Debtor | P.O. Box T, Clinton, MI 49236
(248) 677-1234 | bbassel@gmail.com

# EXHIBIT A – LIQUIDATION ANALYSIS

Kevin D. Chaney & Company, Inc. | Case No. 26-40451

Values are estimates; not based on formal appraisals

| Collateral / Asset | Est. Market Value | Forced Sale Value | Secured Claims Against | Equity (Excess) |
|---|---|---|---|---|
| Cash on hand / Fifth Third Bank checking | $538 | $538 | $129,951 (Celtic Bank) | $0 |
| Accounts Receivable (credit card / commissions) | $11,500 | $5,750 | $129,951 (Celtic Bank) | $0 |
| Landlord security deposit | $3,000 | $3,000 | $129,951 (Celtic Bank) | $0 |
| Office furniture, desks & chairs | $6,000 | $1,200 | $129,951 (Celtic Bank) | $0 |
| Office equipment (computers, copier/printer) | $500 | $100 | $129,951 (Celtic Bank) | $0 |
| Art prints & collectibles | $1,000 | $200 | $129,951 (Celtic Bank) | $0 |
| potential claims and causes of action, including claims against insiders and avoidance actions | 0 | 0 | | 0 |
| **TOTAL** | **$22,538** | **$10,788** | $129,951 (Celtic Bank) | **$0** |

**Post-Petition Administrative Claims:**
- Chapter 11 Professional Fees (Trustee + Counsel): $13,000 (estimated, subject fee application process)
- Estimated Chapter 7 Trustee Fees & Counsel: $5,000 (estimated)
- TOTAL ADMINISTRATIVE EXPENSES IN CHAPTER 7: $18,000

**Distribution of Proceeds in Chapter 7 Liquidation:**
- Gross Proceeds from Forced Sale of All Assets: $10,788
- Less Chapter 7 Administrative Expenses: ($18,000)
- Net proceeds available: NEGATIVE (administrative costs exceed forced sale value)
- Celtic Bank scheduled secured claim ($129,951) consumes all asset proceeds
- Available for Ohio priority tax claim: $0 (0%)
- Available for General Unsecured Creditors: $0 (0%)

**Conclusion:**

A Chapter 7 liquidation would result in zero distribution to either priority tax creditors or general unsecured creditors. The forced sale value of all assets ($10,788) is wholly consumed by Celtic Bank's scheduled secured claim, and administrative costs alone exceed the forced sale proceeds. This Plan proposes to pay administrative professional fees in full, pay Celtic Bank's allowed secured claim in full with interest over 50 months, pay the scheduled Ohio priority tax claim in full over 50 months, and provide no distribution to general unsecured creditors. This Plan satisfies the "best interests of creditors" test under 11 U.S.C. § 1129(a)(7).

The values are based on Debtor's valuations. Debtor has been in the adult beverage industry for over 30 years, and has a foundation for being able to value the assets at market and forced sale value. Debtor is assuming a substantial discount on valuation for physical assets if they are sold at forced sale prices.

# EXHIBIT B
60-MONTH PLAN PROJECTIONS

Kevin D. Chaney & Company, Inc. | Case No. 26-40451

For Plan Purposes Only | Not Audited |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 |
| Beginning Cash Balance | $2,274.00 | $789.00 | $1,279.00 | $3,193.00 | $3,962.00 | $5,081.00 | $6,000.00 | $6,444.00 | $7,488.00 | $8,182.00 |
| **Cash Receipts** | | | | | | | | | | |
| Monthly Income | $18,000.00 | $18,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $24,000.00 |
| **Total Cash Receipts** | **$18,000.00** | **$18,000.00** | **$22,000.00** | **$22,000.00** | **$22,000.00** | **$22,000.00** | **$22,000.00** | **$22,000.00** | **$22,000.00** | **$24,000.00** |
| **Operating Disbursements** | | | | | | | | | | |
| Automobile Expenses | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $625.00 | $625.00 | $625.00 | $625.00 |
| Bank Service Charges | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $85.00 | $85.00 | $85.00 | $85.00 |
| Bookkeeper | $100.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $225.00 | $125.00 | $125.00 | $150.00 |
| Computer & Software Upkeep | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $225.00 | $225.00 | $225.00 | $225.00 |
| Insurance Expense | $500.00 | $500.00 | $500.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $700.00 |
| Licensing and Permits | - | - | - | - | - | - | - | - | $350.00 | - |
| Meals / Meetings | $1,500.00 | $1,500.00 | $1,500.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $2,000.00 |
| Office Services | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Office Supplies | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Marketing & Presentation Supplies | $1,600.00 | $1,600.00 | $1,600.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| Sales Rep Commissions | $2,500.00 | $2,500.00 | $2,500.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,250.00 | $3,250.00 | $3,250.00 | $3,250.00 |
| Payroll, M. Ogurek | $5,000.00 | $5,000.00 | $7,200.00 | $7,200.00 | $7,200.00 | $7,200.00 | $7,200.00 | $7,200.00 | $7,200.00 | $7,200.00 |
| Postage and Del'y | $145.00 | $145.00 | $145.00 | $165.00 | $165.00 | $165.00 | $175.00 | $175.00 | $175.00 | $185.00 |
| Rent Expense | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Security | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $95.00 | $95.00 | $95.00 | $95.00 |
| Payroll Tax Expense | $400.00 | $400.00 | $576.00 | $576.00 | $576.00 | $576.00 | $576.00 | $576.00 | $576.00 | $576.00 |
| Travel Expense | $500.00 | - | $200.00 | $300.00 | - | $200.00 | - | - | - | - |
| Utilities | $300.00 | $300.00 | $300.00 | $300.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| Telephone & Internet | $450.00 | $450.00 | $450.00 | $475.00 | $475.00 | $475.00 | $500.00 | $500.00 | $500.00 | $525.00 |
| **Total Operating Disbursements** | **$17,485.00** | **$17,010.00** | **$19,586.00** | **$20,731.00** | **$20,381.00** | **$20,581.00** | **$21,056.00** | **$20,956.00** | **$21,306.00** | **$21,366.00** |
| **Net Operating Income** | **$515.00** | **$990.00** | **$2,414.00** | **$1,269.00** | **$1,619.00** | **$1,419.00** | **$944.00** | **$1,044.00** | **$694.00** | **$2,634.00** |
| **Plan Payments** | | | | | | | | | | |
| Subchapter V Trustee | $2,000.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | | - | - |
| Debtor's Counsel | - | - | - | - | - | - | - | - | - | - |
| State of Ohio Priority Tax Claim | - | - | - | - | - | - | - | - | - | - |
| Celtic Allowed Secured Claim | - | - | - | - | - | - | - | - | - | - |
| **Total Plan Payments** | **$2,000.00** | **$500.00** | **$500.00** | **$500.00** | **$500.00** | **$500.00** | **$500.00** | **-** | **-** | **-** |
| **Net Cash Flow After Plan Payments** | **($1,485.00)** | **$490.00** | **$1,914.00** | **$769.00** | **$1,119.00** | **$919.00** | **$444.00** | **$1,044.00** | **$694.00** | **$2,634.00** |
| **Ending Cash Balance** | **$789.00** | **$1,279.00** | **$3,193.00** | **$3,962.00** | **$5,081.00** | **$6,000.00** | **$6,444.00** | **$7,488.00** | **$8,182.00** | **$10,816.00** |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Jan-28 | Feb-28 |
| Beginning Cash Balance | $10,816.00 | $11,353.82 | $12,816.64 | $13,444.46 | $14,572.28 | $15,500.10 | $15,543.92 | $16,237.74 | $17,731.56 | $18,025.38 |
| **Cash Receipts** | | | | | | | | | | |
| Monthly Income | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $25,000.00 | $25,000.00 | $25,000.00 |
| **Total Cash Receipts** | **$24,000.00** | **$24,000.00** | **$24,000.00** | **$24,000.00** | **$24,000.00** | **$24,000.00** | **$24,000.00** | **$25,000.00** | **$25,000.00** | **$25,000.00** |
| **Operating Disbursements** | | | | | | | | | | |
| Automobile Expenses | $625.00 | $625.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $700.00 | $700.00 |
| Bank Service Charges | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $90.00 | $90.00 |
| Bookkeeper | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $275.00 | $175.00 |
| Computer & Software Upkeep | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $275.00 | $275.00 |
| Insurance Expense | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| Licensing and Permits | $25.00 | - | - | - | - | - | - | - | - | - |
| Meals / Meetings | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,200.00 | $2,200.00 |
| Office Services | $1,500.00 | $1,500.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,750.00 | $1,750.00 |
| Office Supplies | $200.00 | $200.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $225.00 | $250.00 | $250.00 |
| Marketing & Presentation Supplies | $1,800.00 | $1,800.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,500.00 | $2,500.00 |
| Sales Rep Commissions | $3,250.00 | $3,250.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,750.00 | $3,750.00 |
| Payroll, M. Ogurek | $7,200.00 | $7,200.00 | $7,200.00 | $7,200.00 | $7,200.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 |
| Postage and Del'y | $185.00 | $185.00 | $195.00 | $195.00 | $195.00 | $205.00 | $205.00 | $205.00 | $215.00 | $215.00 |
| Rent Expense | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Security | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $105.00 | $105.00 |
| Payroll Tax Expense | $576.00 | $576.00 | $576.00 | $576.00 | $576.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Travel Expense | $1,200.00 | $300.00 | $500.00 | - | $200.00 | $600.00 | - | $200.00 | - | - |
| Utilities | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Telephone & Internet | $525.00 | $525.00 | $550.00 | $550.00 | $550.00 | $600.00 | $600.00 | $600.00 | $625.00 | $625.00 |
| **Total Operating Disbursements** | **$22,691.00** | **$21,766.00** | **$22,601.00** | **$22,101.00** | **$22,301.00** | **$23,185.00** | **$22,535.00** | **$22,735.00** | **$23,935.00** | **$23,835.00** |
| **Net Operating Income** | **$1,309.00** | **$2,234.00** | **$1,399.00** | **$1,899.00** | **$1,699.00** | **$815.00** | **$1,465.00** | **$2,265.00** | **$1,065.00** | **$1,165.00** |
| **Plan Payments** | | | | | | | | | | |
| Subchapter V Trustee | - | - | - | - | - | - | - | - | - | - |
| Debtor's Counsel | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 |
| State of Ohio Priority Tax Claim | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 |
| Celtic Allowed Secured Claim | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 |
| **Total Plan Payments** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** |
| **Net Cash Flow After Plan Payments** | **$537.82** | **$1,462.82** | **$627.82** | **$1,127.82** | **$927.82** | **$43.82** | **$693.82** | **$1,493.82** | **$293.82** | **$393.82** |
| **Ending Cash Balance** | **$11,353.82** | **$12,816.64** | **$13,444.46** | **$14,572.28** | **$15,500.10** | **$15,543.92** | **$16,237.74** | **$17,731.56** | **$18,025.38** | **$18,419.20** |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-28 | Apr-28 | May-28 | Jun-28 | Jul-28 | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 |
| Beginning Cash Balance | $18,419.20 | $18,463.02 | $20,206.84 | $20,625.66 | $21,969.48 | $22,253.30 | $23,037.12 | $23,620.94 | $22,689.76 | $22,408.58 |
| **Cash Receipts** | | | | | | | | | | |
| Monthly Income | $25,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Total Cash Receipts** | **$25,000.00** | **$27,000.00** | **$27,000.00** | **$27,000.00** | **$27,000.00** | **$27,000.00** | **$27,000.00** | **$27,000.00** | **$27,000.00** | **$27,000.00** |
| **Operating Disbursements** | | | | | | | | | | |
| Automobile Expenses | $700.00 | $700.00 | $700.00 | $700.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| Bank Service Charges | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| Bookkeeper | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 |
| Computer & Software Upkeep | $275.00 | $275.00 | $275.00 | $275.00 | $275.00 | $275.00 | $275.00 | $275.00 | $275.00 | $275.00 |
| Insurance Expense | $800.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 |
| Licensing and Permits | $350.00 | - | $25.00 | - | - | - | - | - | - | - |
| Meals / Meetings | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| Office Services | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 |
| Office Supplies | $250.00 | $250.00 | $250.00 | $250.00 | $275.00 | $275.00 | $275.00 | $300.00 | $300.00 | $300.00 |
| Marketing & Presentation Supplies | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 |
| Sales Rep Commissions | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| Payroll, M. Ogurek | $7,500.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $9,000.00 | $9,000.00 | $9,000.00 |
| Postage and Del'y | $215.00 | $225.00 | $225.00 | $225.00 | $235.00 | $235.00 | $235.00 | $245.00 | $245.00 | $245.00 |
| Rent Expense | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Security | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 |
| Payroll Tax Expense | $600.00 | $640.00 | $640.00 | $640.00 | $640.00 | $640.00 | $640.00 | $720.00 | $720.00 | $720.00 |
| Travel Expense | - | - | $1,200.00 | $300.00 | $500.00 | - | $200.00 | $600.00 | - | $200.00 |
| Utilities | $300.00 | $300.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $350.00 | $350.00 |
| Telephone & Internet | $625.00 | $625.00 | $625.00 | $625.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 |
| **Total Operating Disbursements** | **$24,185.00** | **$24,485.00** | **$25,810.00** | **$24,885.00** | **$25,945.00** | **$25,445.00** | **$25,645.00** | **$27,160.00** | **$26,510.00** | **$26,710.00** |
| **Net Operating Income** | **$815.00** | **$2,515.00** | **$1,190.00** | **$2,115.00** | **$1,055.00** | **$1,555.00** | **$1,355.00** | **($160.00)** | **$490.00** | **$290.00** |
| **Plan Payments** | | | | | | | | | | |
| Subchapter V Trustee | - | - | - | - | - | - | - | - | - | - |
| Debtor's Counsel | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 |
| State of Ohio Priority Tax Claim | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 |
| Celtic Allowed Secured Claim | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 |
| **Total Plan Payments** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** |
| **Net Cash Flow After Plan Payments** | **$43.82** | **$1,743.82** | **$418.82** | **$1,343.82** | **$283.82** | **$783.82** | **$583.82** | **($931.18)** | **($281.18)** | **($481.18)** |
| **Ending Cash Balance** | **$18,463.02** | **$20,206.84** | **$20,625.66** | **$21,969.48** | **$22,253.30** | **$23,037.12** | **$23,620.94** | **$22,689.76** | **$22,408.58** | **$21,927.40** |

|  | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 | Jun-29 | Jul-29 | Aug-29 | Sep-29 | Oct-29 |
| Beginning Cash Balance | $21,927.40 | $20,396.22 | $18,965.04 | $17,183.86 | $15,402.68 | $12,421.50 | $10,340.32 | $10,059.14 | $10,277.96 | $10,296.78 |
| **Cash Receipts** | | | | | | | | | | |
| Monthly Income | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 |
| **Total Cash Receipts** | **$27,000.00** | **$27,000.00** | **$27,000.00** | **$27,000.00** | **$27,000.00** | **$27,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** |
| **Operating Disbursements** | | | | | | | | | | |
| Automobile Expenses | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| Bank Service Charges | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 |
| Bookkeeper | $300.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Computer & Software Upkeep | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Insurance Expense | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 |
| Licensing and Permits | - | - | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Meals / Meetings | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 |
| Office Services | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Office Supplies | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Marketing & Presentation Supplies | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 |
| Sales Rep Commissions | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| Payroll, M. Ogurek | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 |
| Postage and Del'y | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 |
| Rent Expense | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Security | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 |
| Payroll Tax Expense | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 |
| Travel Expense | - | - | - | - | $1,200.00 | $300.00 | $500.00 | - | $200.00 | $600.00 |
| Utilities | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Telephone & Internet | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 |
| **Total Operating Disbursements** | **$27,760.00** | **$27,660.00** | **$28,010.00** | **$28,010.00** | **$29,210.00** | **$28,310.00** | **$28,510.00** | **$28,010.00** | **$28,210.00** | **$28,610.00** |
| **Net Operating Income** | **($760.00)** | **($660.00)** | **($1,010.00)** | **($1,010.00)** | **($2,210.00)** | **($1,310.00)** | **$490.00** | **$990.00** | **$790.00** | **$390.00** |
| **Plan Payments** | | | | | | | | | | |
| Subchapter V Trustee | - | - | - | - | - | - | - | - | - | - |
| Debtor's Counsel | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 |
| State of Ohio Priority Tax Claim | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 |
| Celtic Allowed Secured Claim | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 |
| **Total Plan Payments** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** |
| **Net Cash Flow After Plan Payments** | **($1,531.18)** | **($1,431.18)** | **($1,781.18)** | **($1,781.18)** | **($2,981.18)** | **($2,081.18)** | **($281.18)** | **$218.82** | **$18.82** | **($381.18)** |
| **Ending Cash Balance** | **$20,396.22** | **$18,965.04** | **$17,183.86** | **$15,402.68** | **$12,421.50** | **$10,340.32** | **$10,059.14** | **$10,277.96** | **$10,296.78** | **$9,915.60** |

|  | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Nov-29 | Dec-29 | Jan-30 | Feb-30 | Mar-30 | Apr-30 | May-30 | Jun-30 | Jul-30 | Aug-30 |
| Beginning Cash Balance | $9,915.60 | $10,134.42 | $10,153.24 | $10,372.06 | $10,590.88 | $10,809.70 | $11,028.52 | $10,047.34 | $9,766.16 | $9,684.98 |
| **Cash Receipts** | | | | | | | | | | |
| Monthly Income | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 |
| **Total Cash Receipts** | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** |
| **Operating Disbursements** | | | | | | | | | | |
| Automobile Expenses | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| Bank Service Charges | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 |
| Bookkeeper | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Computer & Software Upkeep | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Insurance Expense | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 |
| Licensing and Permits | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Meals / Meetings | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 |
| Office Services | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Office Supplies | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Marketing & Presentation Supplies | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 |
| Sales Rep Commissions | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| Payroll, M. Ogurek | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 |
| Postage and Del'y | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 |
| Rent Expense | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Security | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 |
| Payroll Tax Expense | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 |
| Travel Expense | - | $200.00 | - | - | - | - | $1,200.00 | $500.00 | $300.00 | - |
| Utilities | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Telephone & Internet | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 |
| **Total Operating Disbursements** | **$28,010.00** | **$28,210.00** | **$28,010.00** | **$28,010.00** | **$28,010.00** | **$28,010.00** | **$29,210.00** | **$28,510.00** | **$28,310.00** | **$28,010.00** |
| **Net Operating Income** | **$990.00** | **$790.00** | **$990.00** | **$990.00** | **$990.00** | **$990.00** | **($210.00)** | **$490.00** | **$690.00** | **$990.00** |
| **Plan Payments** | | | | | | | | | | |
| Subchapter V Trustee | - | - | - | - | - | - | - | - | - | - |
| Debtor's Counsel | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 |
| State of Ohio Priority Tax Claim | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 |
| Celtic Allowed Secured Claim | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 |
| **Total Plan Payments** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** |
| **Net Cash Flow After Plan Payments** | **$218.82** | **$18.82** | **$218.82** | **$218.82** | **$218.82** | **$218.82** | **($981.18)** | **($281.18)** | **($81.18)** | **$218.82** |
| **Ending Cash Balance** | **$10,134.42** | **$10,153.24** | **$10,372.06** | **$10,590.88** | **$10,809.70** | **$11,028.52** | **$10,047.34** | **$9,766.16** | **$9,684.98** | **$9,903.80** |

|  | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Sep-30 | Oct-30 | Nov-30 | Dec-30 | Jan-31 | Feb-31 | Mar-31 | Apr-31 | May-31 | Jun-31 |
| Beginning Cash Balance | $9,903.80 | $9,922.62 | $9,541.44 | $9,760.26 | $9,779.08 | $9,997.90 | $10,216.72 | $10,435.54 | $10,654.36 | $9,673.18 |
| **Cash Receipts** | | | | | | | | | | |
| Monthly Income | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 |
| **Total Cash Receipts** | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** |
| **Operating Disbursements** | | | | | | | | | | |
| Automobile Expenses | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| Bank Service Charges | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 |
| Bookkeeper | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Computer & Software Upkeep | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Insurance Expense | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 |
| Licensing and Permits | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Meals / Meetings | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 |
| Office Services | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Office Supplies | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Marketing & Presentation Supplies | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 |
| Sales Rep Commissions | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| Payroll, M. Ogurek | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 |
| Postage and Del'y | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 |
| Rent Expense | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Security | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 | $115.00 |
| Payroll Tax Expense | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 | $720.00 |
| Travel Expense | $200.00 | $600.00 | - | $200.00 | - | - | - | - | $1,200.00 | $500.00 |
| Utilities | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Telephone & Internet | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 | $675.00 |
| **Total Operating Disbursements** | **$28,210.00** | **$28,610.00** | **$28,010.00** | **$28,210.00** | **$28,010.00** | **$28,010.00** | **$28,010.00** | **$28,010.00** | **$29,210.00** | **$28,510.00** |
| **Net Operating Income** | **$790.00** | **$390.00** | **$990.00** | **$790.00** | **$990.00** | **$990.00** | **$990.00** | **$990.00** | **($210.00)** | **$490.00** |
| **Plan Payments** | | | | | | | | | | |
| Subchapter V Trustee | - | - | - | - | - | - | - | - | - | - |
| Debtor's Counsel | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 |
| State of Ohio Priority Tax Claim | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 | $110.90 |
| Celtic Allowed Secured Claim | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 | $500.28 |
| **Total Plan Payments** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** | **$771.18** |
| **Net Cash Flow After Plan Payments** | **$18.82** | **($381.18)** | **$218.82** | **$18.82** | **$218.82** | **$218.82** | **$218.82** | **$218.82** | **($981.18)** | **($281.18)** |
| **Ending Cash Balance** | **$9,922.62** | **$9,541.44** | **$9,760.26** | **$9,779.08** | **$9,997.90** | **$10,216.72** | **$10,435.54** | **$10,654.36** | **$9,673.18** | **$9,392.00** |