**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

KEVIN D. CHANEY & COMPANY, INC.,      Case No.26-40451
                                          Chapter 11
          Debtor.                    Judge Thomas J. Tucker

_____/

**ORDER GRANTING DEBTOR'S MOTION FOR EXPEDITED CONSIDERATION
AND ENTRY OF ORDER WITHOUT HEARING ON DEBTOR'S MOTION TO
EXTEND DEADLINE TO FILE FIRST AMENDED SUBCHAPTER V PLAN OF
REORGANIZATION, AND THE DEBTOR'S MOTION TO EXTEND DEADLINE**

This case is before the Court on two motions filed on June 4, 2026 by the Debtor: (1) the

motion entitled "Debtor's Motion for Expedited Consideration and Entry of Order Without

Hearing, or in the Alternative, for an Expedited Telephonic Hearing . . ." (Docket # 72, the

"Expedited Hearing Motion"); and (2) the motion entitled "Debtor's Motion to Extend Deadline

to File First Amended Subchapter V Plan of Reorganization To On Or About June 5, 2026

(Docket # 71, the "Underlying Motion").  The Court concludes that a hearing is not required on

either of these motions, and the Court finds good cause to enter this Order.

**IT IS ORDERED THAT:**

1. The Expedited Hearing Motion is granted, to the extent of the relief provided by this

   Order.

2. The Underlying Motion is granted, to the extent of the relief provided by this Order.

3. The deadline for the Debtor to file and serve its First Amended Subchapter V Plan of

   Reorganization is extended from June 1, 2026 to June 5, 2026.

**Signed on June 5, 2026**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge