UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:
**KEVIN D. CHANEY & COMPANY, INC.,**
Debtor.
_______________________________/

Case No. 26-40451-TJT

Chapter 11

Judge Thomas J. Tucker

**ORDER ADJOURNING CONFIRMATION HEARING AND ESTABLISHING DEADLINES FOR FILING SECOND AMENDED PLAN, NOTICE, AND BALLOTING**

Kevin D. Chaney & Company, Inc. (the "Debtor"), Stuart A. Gold, Chapter 7 Trustee of the bankruptcy estate of Michael S. Ogurek (the "Ogurek Trustee"), the Office of the United States Trustee, and the Subchapter V Trustee have stipulated to, or stated no objection to, entry of this order, in substance (the "Order").

The Debtor filed its plan, entitled "First Amended Small Business Debtor's Subchapter V Plan of Reorganization" (Docket # 74, the "First Amended Plan") on June 5, 2026.[1] A hearing regarding confirmation of the First Amended Plan is currently scheduled for July 22, 2026 at 11:00 a.m. Stuart A. Gold, Chapter 7 Trustee of the bankruptcy estate of Michael S. Ogurek (the "Ogurek Trustee") filed the only formal objection to confirmation (Docket # 75, the "Objection"), although informal objections were raised by the Office of the United States Trustee and the Subchapter V Trustee. Subject to Court approval, the Debtor and the Ogurek Trustee have resolved the Objection and stipulated to entry of the substance of this

[1] To date, however, the Debtor has not filed any certificate of service showing service of the First Amended Plan or ballots on anyone.

Order, as set forth in the stipulation filed July 21, 2026 (Docket # 77, the "Stipulation").[2] To incorporate that resolution, and to provide the State of Ohio Department of Taxation ("State of Ohio") and Celtic Bank, N.A. ("Celtic Bank") (collectively, the "Affected Creditors") with notice of, and an opportunity to vote on, and object to, the modified treatment of their claims, the Debtor will file a second amended plan (the "Second Amended Plan").

The Court finds good cause to enter this Order.

**IT IS ORDERED as follows:**

**1. Adjournment of Confirmation Hearing.** The in-person hearing on confirmation of the First Amended Plan, currently scheduled for July 22, 2026 at 11:00 a.m., is adjourned to **September 2, 2026 at 11:00 a.m.** and will be held in Courtroom 1925, United States Bankruptcy Court, 211 W. Fort Street, Detroit, MI 48226, to consider confirmation of the Second Amended Plan.

**2. Filing and Service of Second Amended Plan.** Not later than July 24, 2026, the Debtor must file and serve the Second Amended Plan, which must incorporate the resolution of the Objection with the Ogurek Trustee and the modified treatment of the claims of the State of Ohio and Celtic Bank described in paragraph 3 below.

**3. Notice to All Creditors, Including the State of Ohio and Celtic Bank.** Immediately after filing the Second Amended Plan, ***and in any event not later than July 24, 2026***, the Debtor ***must serve all creditors***, including the

[2] The Court has made certain modifications to the stipulated order before signing it.

Affected Creditors, which are the State of Ohio and Celtic Bank, and all counsel of record, with the Second Amended Plan, ballots as appropriate, and this Order. ***The Debtor then must immediately file proof of all such service.*** The Second Amended Plan must provide that: (a) the timing of the payments to be received by the State of Ohio and Celtic Bank under the Second Amended Plan is delayed as compared to the First Amended Plan, but the amount of those payments is not decreased; and (b) the present value of the payments to be received by each remains equal to the present value of the payments each would have received under the First Amended Plan, to which neither the State of Ohio nor Celtic Bank objected.

**4. Balloting and Voting Deadline.** Ballots accepting or rejecting the Second Amended Plan, and any objections to its confirmation, must be filed with the Court no later than August 24, 2026. ***The Debtor must file a new ballot summary, with ballots attached, no later than August 26, 2026.***

**Signed on July 21, 2026**

**/s/ Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**